IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN JOYNER,
    Petitioner,

vs.                               Case No.: 3:17cv387/LAC/EMT

MARK S. INCH,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 5, 2019 (ECF No. 48). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (ECF No. 24) is **DENIED**.

3. Petitioner's Motion for Evidentiary Hearing and Motion for Further Proceedings (ECF Nos. 42, 43) is **DENIED**.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 26th day of April, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**